POST ET AL., APPELLANTS, *v.* HARBER; OHIO FARMERS INSURANCE COMPANY ET AL., APPELLEES.

[Cite as *Post v. Harber* (2001), 92 Ohio St.3d 434.]

(No. 01–539—Submitted May 30, 2001—Decided August 8, 2001.)

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed, and the cause is remanded for further proceedings on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., concurs in judgment only.

LUNDBERG STRATTON, J., dissents.

*Elk & Elk Co., L.P.A.,* and *Todd O. Rosenberg,* for appellants.

*Isaac, Brant, Ledman & Teetor, Steven G. LaForge* and *Barbara Kozar Letcher,* for appellee Ohio Farmers Insurance Company.

*Mann & Preston, L.L.P.,* and *Mark A. Preston,* for appellee State Farm Mutual Automobile Insurance Company.